**Hearing Date: July 3, 2019**
                        **Time: 11:00 a.m.**
                        **Location: Courtroom #1, Phila., PA**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| EARTH PRIDE ORGANICS, LLC, | : | BANKR.NO. 17-13816ELF |
| | : | |
| Debtor. | : | |
| | : | |
| IN RE: | : | CHAPTER 11 |
| | : | |
| LANCASTER FINE FOODS, INC., | : | BANKR. NO. 17-13819ELF |
| | : | |
| Debtor. | : | |

**UNITED STATES TRUSTEE'S MOTION TO COMPEL THE FILNG OF PRE- AND POST-CONFIRMATION REPORTS AND THE PAYMENT OF STATUTORY FEES, OR ALTERNATIVELY, TO DISMISS OR CONVERT TO CHAPTER 7**

       The Acting United States trustee for Region 3 (the "U. S. trustee"), in furtherance of the administrative responsibilities imposed under 28 U.S.C. Section 586(a), moves pursuant to 11 U.S.C. § 1112(b), for the entry of an order compelling the filing of pre- and post-confirmation reports and the payment of statutory fees, or alternatively, dismissing this case or converting the case to chapter 7. In support of his motion, the U. S. trustee represents as follows:

       1.       Earth Pride Organics, LLC and Lancaster Fine Foods, Inc. (the "Reorganized Debtors") commenced their respective cases by filing a voluntary petition under chapter 11 of the U. S. Bankruptcy Code on May 31, 2017.

       2.       On September 17, 2018, an order was entered confirming the Debtors' Fourth Amended Joint Chapter 11 Plan of Reorganization.

       3.       As of the date of this Motion, the Reorganized Debtors have not filed the Plan Implementation Reports required under LBR 3021-1 or the Post-Confirmation Quarterly

Summary Reports for the first quarter of 2019 required under the U. S. trustee Operating Guidelines and the Local Rules. On the date set for the hearing on this Motion the Post-Confirmation Quarterly Summary Reports for the second quarter of 2019 will be past due, if not filed prior thereto.

5. The Reorganized Debtors are also delinquent with the payment of the fees required under 28 U.S.C. § 1930(a)(6). The amount of the outstanding and past due fees cannot be determined without the filing of the financial reports referenced above.

6. The failure of the Reorganized Debtors to comply with the provisions of the Bankruptcy Code, the Federal and Local Bankruptcy Rules, and the U. S. trustee Guidelines, and their possible inability to remain current with post-confirmation financial obligations are grounds for dismissal or conversion of the Reorganized Debtors' cases under 11 U.S.C. § 1112(b).

For the reasons set forth above, among others, the U. S. trustee requests that the Court conduct a hearing on the above issues and enter an order compelling the Reorganized Debtors to file all outstanding pre- and post-confirmation reports and pay all outstanding statutory fees within 14 days of the entry of such order, and further providing upon certification of the Reorganized Debtors' failure to comply with such order their cases will be dismissed or converted without further hearing. Alternatively the U. S. trustee requests the entry of an order dismissing these cases, or converting them to chapter 7. If these cases are dismissed and any quarterly fees remain due and owing at the time of the hearing, the U. S. trustee requests the entry of a judgment against the Reorganized Debtors in the amounts of all accrued and unpaid fees as of the hearing date in each of their respective cases. The U. S. trustee specifically

reserves the right to supplement his motion at or prior to the hearing thereon.

Dated:   May  _23_, 2019.                                  ANDREW R. VARA
                                                                      Acting United States trustee

                                                                      By:   */s/ Dave P. Adams*
                                                                             Dave P. Adams
                                                                             833 Chestnut Street, Suite 500
                                                                             Philadelphia, Pennsylvania   19107
                                                                             (215) 597-4411
                                                                             (215) 597-5795 (fax)